**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ALBERTO SANCHEZ,

      Plaintiff,

v.                                    CASE NO.: 4:20-cv-360-AW-MJF

FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

      Defendants.

_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANT ALEJANDRO A. RADI, M.D.'S MOTION
TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff, Alberto Sanchez, by and through the undersigned counsel, pursuant

to Fed. R. Civ. P. 6(b)(1)(A) and N.D. Fla. Loc. R. 6.1, hereby files this Unopposed

Motion for Extension of Time to Respond to Defendant Alejandro A. Radi, M.D.'s

("Dr. Radi") Motion to Dismiss Plaintiff's First Amended Complaint and Supporting

Memorandum of Law, and states as follows:

      1.     Dr. Radi filed his motion to dismiss on October 1, 2020 [ECF No. 44].

Thus, Plaintiff's response is currently due on October 15, 2020.

      2.     Plaintiff seeks a 7-day extension of time to respond to Dr. Radi's

motion to dismiss. A lawyer in the undersigned counsel's firm was unexpectedly

hospitalized all last week, thereby requiring the other three lawyers in the firm to

cover several obligations in his absence. Consequently, the undersigned requires additional time to prepare a response to Dr. Radi's motion to dismiss, and this brief extension is requested for that purpose.

3.      This request is made in good faith and not for purposes of delay. Further, Dr. Radi, through his counsel, does not oppose Plaintiff's request for extension, and therefore would not suffer any prejudice by a brief, 7-day extension. Good cause is therefore shown for the relief requested herein.

WHEREFORE, the Plaintiff respectfully requests that this Court enter an order extending the deadline for Plaintiff to respond to Defendant Dr. Radi's Motion to Dismiss to October 22, 2020.

Respectfully submitted,

**ANDREWS LAW FIRM**
822 North Monroe Street
Tallahassee, Florida 32303
T: (850) 681-6416 / F: 681-6984

*/s/ John M. Vernaglia*
JOHN M. VERNAGLIA (FBN: 1010637)
RYAN J. ANDREWS (FBN: 0104703)
DAVID A. WEISZ (FBN 1023229)
john@andrewslaw.com
ryan@andrewslaw.com
david@andrewslaw.com
service@andrewslaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF CONFERRAL

Pursuant to N.D. Loc. R. 7.1(B), the undersigned counsel has conferred with counsel for Defendant Radi regarding the relief requested herein, and reports that counsel for Defendant Radi does not oppose the requested extension of time.

*/s/ John M. Vernaglia*
JOHN M. VERNAGLIA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of October, 2020, a true and correct copy of the foregoing was electronically filed in the United States District Court for the Northern District of Florida using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ John M. Vernaglia*
JOHN M. VERNAGLIA